| | |
|---|---|
| Janice M. Worrell, ) | |
|                Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Carolyn W. Colvin, ) | No. 5:14-CV-241-BO |
| Acting Commissioner of Social Security, ) | |
|                Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on February 18, 2015, and served on:**

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

February 18, 2015                                    /s/ Julie Richards Johnston,
                                                     Clerk of Court